**In re Hector SOTO, Petitioner.**

**No. 11–1876.**

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P.
April 24, 2012.

Opinion filed: May 1, 2012.

Hector Soto, Glenville, WV, pro se.

Before: MCKEE, Chief Judge,
ALDISERT and WEIS, Circuit Judges.

OPINION

PER CURIAM.

Hector Soto filed a petition for writ of mandamus requesting that we direct the District Court to rule on a motion that he had filed pursuant to 28 U.S.C. § 2255. The District Court has since ruled on Soto's § 2255 motion. In light of the District Court's action, the question Soto presented is no longer a live controversy, so we will deny the petition as moot. *See,*

**414**

*e.g., Lusardi v. Xerox Corp.,* 975 F.2d 964, 974 (3d Cir.1992).